**Mickey CONLEY, Appellant,**

v.

**Bob HOLDEN; Gary Kempker; Dave Dormire; Arthur Woods; Canteen Appratus of MSP; Missouri Department of Corrections; Missouri Department of Corrections and Human Resources, Treasury Department; Sgt. L. Weatherford; Sgt. W. Green; Sgt. B. Durbin; Sgt. Campbell; David Corun; Richard Corne; CO I Wood; Cynthia Wright; CO I R. Able; R. Young; CO I Friesen; D. Edwards; Charles Turner, Functional Unit Manager; Caseworker Bainbridge; Caseworker Jones; Caseworker Verdugo; CO I Stewart; Caseworker Webster; Tonya Kempker, Unit Manager; Caseworker Joan Prader; Michael Bowersox; Sondra Booker; Paul McPhetters; Caseworker Winchester; Caseworker Williams; CO II David Terry; CO I Jerry Cornelison; Nurse Andrea; Carolyn Jrizzle; Jacquez Lamar; Palmer, Chronic Care; Jeff Thurston, Medical Administrator; Teresa Bradely; Nurse Helen; Angie Wright; Pam Tagg; Bill Galloway; Mark Schreiber; Sgt. King; Sgt. Dittman; Donald Owens; CO Collego, Appellees.**

No. 03–3908.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2004.

Decided Sept. 21, 2004.

Mickey Conley, Mineral Point, MO, pro se.

Dustin James Allison, William Ryan Kennedy, Attorney General's Office, Jefferson City, MO, for Defendants–Appellees.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Missouri inmate Mickey Conley appeals the district court's dismissal of his 42 U.S.C. § 1983 action claiming denial of access to the courts. After Conley was granted leave to proceed in forma pauperis under 28 U.S.C. § 1915, an initial partial filing fee was assessed against him, and he was informed his case might be dismissed if he failed to pay the fee. Because he never paid the fee, the district court dismissed the case pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

We find no abuse of discretion in the district court's dismissal. *See In re Reid,* 197 F.3d 318, 320 (8th Cir.1999) (standard of review; court may dismiss case for failure to comply with its orders).

Accordingly, we affirm.